IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Roger Allen Dyke, # 347604,           )<br>                                                       )<br>                      Plaintiff,        )<br>                                                       )<br>           vs.                             )<br>                                                       )<br>Bernard Mackie, Director of Security;  )<br>Michael McCall, Director of Operations; )<br>Larry Cartledge, Warden;                )<br>C. Early, Major; S. Dufft, Cpt;         )<br>Cpt. Goldden; Lt. Blackbun; Lt. McCall; )<br>F. Rice, Sgt.; Ofc. Williams; Ofc. Collins; )<br>J. Johnson, Ofc.; Nurse Gillheart;      )<br>Ofc. Garner; Cpl. King; A. Cagle, Sgt.; )<br>Nurse Burgess; A. Goodwin, Mental Health )<br>Counselor; Director Sterlin, SCDC;      )<br>Ms. Hendenberg, Grievance Counselor,    )<br>                                                       )<br>                      Defendants.     )<br>                                                       ) | Civil Action No. 6:16-279-TMC-KFM<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. Plaintiff moved for a temporary restraining order/preliminary injunction. (ECF No. 5). In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., these matters were referred to a magistrate judge for pretrial handling. Before the court is the magistrate judge's Report and Recommendation ("Report"), recommending that the court deny Plaintiff's motion for temporary restraining order/preliminary injunction/hearing. (ECF No. 12 at 3). Plaintiff was advised of his right to file objections to the Report. (ECF No. 12 at 4). Plaintiff, however, filed no objections to the Report, and the time to do so has now run.

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In the absence of objections, this court is not required to provide an explanation for

adopting the Report.  *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).  Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report and the record in this case, the court adopts the magistrate judge's Report (ECF No. 12) and incorporates it herein.  It is therefore **ORDERED** that Plaintiff's motion for temporary restraining order/preliminary injunction/hearing (ECF No. 5) is **DENIED**.

**IT IS SO ORDERED.**

s/Timothy M. Cain
Timothy M. Cain
United States District Judge

February 25, 2016
Anderson, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.